**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **ANGEL M. PRADA** | | |
| **KARLENA PRADA** | : | **Case No. 22-12673 (PMM)** |
| Debtor. | : | |

# **O R D E R**

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on February 27, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 2/27/2024**

　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　 **HON. PATRICIA M. MAYER**
　　　　　　　　　　　　　　　　　　　　　　　　　 **U.S. BANKRUPTCY JUDGE**