United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12673-pmm
Angel M. Prada Chapter 13
Karlena Prada
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel M. Prada, Karlena Prada, 4344 Pear Drive, Doylestown, PA 18902-1054 |
| cr | + | UMH PA Valley View-Danboro, LLC, d/b/a Arbor Estat, 1081 N. Easton Road, Doylestown, PA 18902-1027 |
| cr | + | UMH Properties, Inc., c/o Triad Financial Services, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14726279 | + | Bucks County Tax Claim Bureau, 55 E Court Street, Doylestown, PA 18901-4318 |
| 14777935 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14777936 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14726281 | + | Central Bucks School District, 20 Welden Drive, Doylestown, PA 18901-2359 |
| 14726288 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17120-0946 |
| 14726291 | | Sherry B. Labs, Plumstead Twp. Tax Collector, 6162 German Road, Plumsteadville, PA 18949 |
| 14726292 | + | Superior Plus Propane, 359 W. Dublin Pike, Perkasie, PA 18944-4182 |
| 14764733 | + | UMH PA Valley View-Danboro, LLC d/b/a Arbor Estate, 1081 North Easton Road, Doylestown, PA 18902-1027 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 29 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14726278 | | Email/Text: collectors@arresourcesinc.com | Feb 29 2024 00:27:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14726280 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 29 2024 00:27:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14726282 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 29 2024 00:27:00 | Credit Acceptance Corp., 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14726283 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 00:32:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14726284 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 29 2024 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14742075 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14726285 | + | Email/Text: bankruptcy@ncaks.com | Feb 29 2024 00:27:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 14726286 | ^ | MEBN | Feb 29 2024 00:24:45 | Natiowide Recovery Service, Attn: Bankruptcy, |

Case 22-12673-pmm　　Doc 93　　Filed 03/01/24　　Entered 03/02/24 00:33:44　　Desc Imaged
Certificate of Notice　　Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 5655 Peachtree Parkway, Norcross, GA 30092-2812 |
| 14744035 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 29 2024 00:27:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14726289 | | Email/Text: abenner@plumstead.gov | Feb 29 2024 00:27:00 | Plumstead Township, 5186 Stump Road, Pipersville, PA 18947 |
| 14726287 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 29 2024 00:27:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14727288 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:39:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729576 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 00:32:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14726290 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 00:32:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14726293 | ^ | MEBN | Feb 29 2024 00:24:59 | UMH Properties Inc., c/o Triad Financial Services, 13901 Sutton Park Drive South, Suite 300, Jacksonville, FL 32224-0230 |
| 14744964 | + | Email/Text: bkecf@padgettlawgroup.com | Feb 29 2024 00:27:00 | UMH Properties, In., c/o Triad Financial Services, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14740306 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:38:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14726294 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 00:27:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024　　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

**Name**　　　　　　　**Email Address**

ALEXANDER FRANCIS BARTH
　　　　　on behalf of Creditor UMH PA Valley View-Danboro  LLC, d/b/a Arbor Estates abarth@cohenseglias.com

Case 22-12673-pmm    Doc 93    Filed 03/01/24    Entered 03/02/24 00:33:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| | |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor UMH Properties Inc., c/o Triad Financial Services Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Karlena Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Angel M. Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Angel M. Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Joint Debtor Karlena Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ANGEL M. PRADA | | |
| KARLENA PRADA | : | Case No. 22-12673 (PMM) |
| Debtor. | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on February 27, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: 2/27/2024

_Patricia M. Mayer_
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**