United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12673-pmm
Angel M. Prada     Chapter 13
Karlena Prada
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 23, 2024     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel M. Prada, Karlena Prada, 4344 Pear Drive, Doylestown, PA 18902-1054 |
| cr | + | UMH PA Valley View-Danboro, LLC, d/b/a Arbor Estat, 1081 N. Easton Road, Doylestown, PA 18902-1027 |
| cr | + | UMH Properties, Inc., c/o Triad Financial Services, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14726279 | + | Bucks County Tax Claim Bureau, 55 E Court Street, Doylestown, PA 18901-4318 |
| 14777935 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14777936 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14726281 | + | Central Bucks School District, 20 Welden Drive, Doylestown, PA 18901-2359 |
| 14726288 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17120-0946 |
| 14726291 | | Sherry B. Labs, Plumstead Twp. Tax Collector, 6162 German Road, Plumsteadville, PA 18949 |
| 14726292 | + | Superior Plus Propane, 359 W. Dublin Pike, Perkasie, PA 18944-4182 |
| 14764733 | + | UMH PA Valley View-Danboro, LLC d/b/a Arbor Estate, 1081 North Easton Road, Doylestown, PA 18902-1027 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14726278 | | Email/Text: collectors@arresourcesinc.com | Apr 23 2024 23:45:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14726280 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 23 2024 23:45:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14726282 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 23 2024 23:45:00 | Credit Acceptance Corp., 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14726283 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 23 2024 23:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14726284 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2024 23:45:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14742075 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2024 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14726285 | + | Email/Text: bankruptcy@ncaks.com | Apr 23 2024 23:45:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 14726286 | ^ | MEBN | Apr 23 2024 23:39:21 | Natiowide Recovery Service, Attn: Bankruptcy, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | 5655 Peachtree Parkway, Norcross, GA 30092-2812 |
| 14744035 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 23 2024 23:45:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14726289 | | Email/Text: abenner@plumstead.gov | Apr 23 2024 23:45:00 | Plumstead Township, 5186 Stump Road, Pipersville, PA 18947 |
| 14726287 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 23 2024 23:45:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14727288 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2024 23:51:19 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729576 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 23 2024 23:45:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14726290 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 23 2024 23:45:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14726293 | ^ | MEBN | Apr 23 2024 23:39:29 | UMH Properties Inc., c/o Triad Financial Services, 13901 Sutton Park Drive South, Suite 300, Jacksonville, FL 32224-0230 |
| 14744964 | + | Email/Text: bkecf@padgettlawgroup.com | Apr 23 2024 23:45:00 | UMH Properties, In., c/o Triad Financial Services, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14740306 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2024 23:51:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14726294 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 23 2024 23:45:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

**Name**              **Email Address**

ALEXANDER FRANCIS BARTH
              on behalf of Creditor UMH PA Valley View-Danboro  LLC, d/b/a Arbor Estates abarth@cohenseglias.com

JOSHUA I. GOLDMAN

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 31 |

    on behalf of Creditor UMH Properties Inc., c/o Triad Financial Services Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KELLY LYN EBERLE
    on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Karlena Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Debtor Angel M. Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Angel M. Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Karlena Prada help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL KEVIN MARTIN
    on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Angel M. Prada,<br>    Karlena Prada,<br><br>                    Debtors. | Case No. 22-12673-pmm<br><br>Chapter 13 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **April 23, 2024**

                                                          Patricia M. Mayer
                                                          U.S. Bankruptcy Judge