# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Angel M. Prada,<br>Karlena Prada,<br><br>          *Debtors.* | Case No. 22-12673-pmm<br>Chapter 13 |

## Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed at ECF No. 98 on May 7, 2024.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before May 21, 2024.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order at ECF No. 96, all applications for administrative expenses were to be filed and served on or before May 7, 2024.

Date: May 31, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com